UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ATLANTIC CASUALTY
INSURANCE COMPANY
a foreign corporation,

        Plaintiff,

CASE NO.: 1:24-cv-20005-DPG

vs.

MARTINEZ DELIVERY CORP
d/b/a MARTINEZ MOVING,
and DORIS ACOSTA,

        Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff, ATLANTIC CASUALTY INSURANCE COMPANY, and counsel for Defendants, MARTINEZ DELIVERY CORP. d/b/a MARTINEZ MOVING, and DORIS ACOSTA (collectively the "Parties"), that the above-styled action is dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own fees and costs, conditioned upon the Court entering an order retaining jurisdiction to enforce the terms of the Parties settlement agreement.

Dated: March 5, 2024

96170\320388058.v1

| | |
|---|---|
| */s/, Stephanie H. Carlton Esq.*<br>Gary Khutorsky (FL Bar No. 814271)<br>Stephanie H. Carlton (FL Bar No. 123763)<br>HINSHAW & CULBERTSON, LLP<br>201 E. Las Olas Blvd., suite 1450<br>Ft. Lauderdale, FL 33301<br>Tel: (954) (375-1167<br>gkhutorsky@hinshawlaw.com<br>scarlton@hinshawlaw.com<br>*Counsel for Atlantic Casualty Insurance Company* | */s/, Roy D. Wasson Esq.*<br>Roy D. Wasson (FL Bar No. 332070)<br>THE INGRAHAM BUILDING – SUITE 740<br>25 SE SECOND AVENUE<br>MIAMI, FL 33131<br>Tel: (305) 372-5220<br>roy@wassonandassociates.com<br>*Counsel for Doris Acosta* |

*/s/ Alexander Loy Esq.*
Alexander Loy (FL Bar No. 1011549)
VER PLOEG & MARINO, P.A.
100 SE SECOND STREET SUITE 3300
MIAMI, FL 33131
MIAMI, FL 33130
Tel: (305) 577-3996
aloy@vpm-legal.com
*Counsel for Martinez Delivery Corp d/b/a Martinez Moving*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed with the Court via CM/ECF with a copy automatically served via email on all counsel of record on March 5, 2024.

*/s/ Stephanie H. Carlton Esq.*
Stephanie H. Carlton

96170\320388058.v1